Filing # 95893000 E-Filed 09/18/2019 11:26:11 AM

IN THE CIRCUIT COURT, EIGHTH
JUDICIAL CIRCUIT, IN AND FOR
ALACHUA COUNTY, FLORIDA

CASE NO.:

**LONNIE HUGHES,**

Plaintiff,

vs.

**TEXAS ROADHOUSE, INC.,**

Defendants.

_____/

## NOTICE OF SERVICE OF INITIAL
## INTERROGATORIES TO DEFENDANT

**COMES NOW** the Plaintiff, **LONNIE HUGHES**, by and through her undersigned

counsel, in accordance with the applicable Rules of Civil Procedure and within the time affixed

thereby, and hereby gives notice to Defendant, **TEXAS ROADHOUSE, INC.**, to answer, under

oath and in writing, the attached interrogatories numbered 1 through 27.

I HEREBY CERTIFY that a copy hereof has been served on Defendant, **TEXAS**

**ROADHOUSE, INC.**, together with Plaintiff's Complaint via service of process.

**MORGAN & MORGAN**

*/s/ A. Daniel Vazquez*
**A. DANIEL VAZQUEZ, ESQ.**
FBN: 86828
2815 NW 13th Street, Suite 423
Gainesville, Florida 32609
Primary email: dvazquez@forthepeople.com
Secondary: swright@forthepeople.com;
ashealy@forthepeople.com
Telephone:     (352) 204-4714
Facsimile:     (352) 204-4738
Attorney for Plaintiff



## INTERROGATORIES

1.      State the full name, address, occupation and employer of any and all persons who answer these Interrogatories or who have provided information used in compiling the answers to these Interrogatories.

ANSWER:

2.      Is the name of the Defendant correctly stated in the Complaint? If not, please state the correct name and if applicable all name changes from the date of the alleged incident to the present.

ANSWER:

3.      State the correct corporate name for the owner(s) and general manager of the Texas Roadhouse located 3830 SW Archer Road, Gainesville, Alachua County, Florida 32608 on the date of the incident alleged in the Complaint.

ANSWER:

4.      Are the date, time and place of the alleged incident correctly stated in the Complaint? If not, please state the date, time and place of this alleged incident believed or known by you, your agents or attorneys to be correct.

ANSWER:

5.      Please state whether any incident report was prepared by your employees in response to the incident giving rise to this action, and if there was one, please list the name, address and occupation of the current custodian of said incident report.

ANSWER:

6.      Please list the name, last known address and employer of each and every employee of the Texas Roadhouse located 3830 SW Archer Road, Gainesville, Alachua County, Florida 32608 working at said location at the time of the incident alleged in the Complaint.

ANSWER:

7.      State the full name, address, occupation and employer of any and all persons who have investigated this incident for or on behalf of your, your attorneys, agents, insurance carrier, etc.

ANSWER:

8.      State full name, address, occupation and employer of any and all persons known to have any information concerning the incident alleged in Plaintiffs Complaint in this action.

ANSWER:

9.      State the full name, address, occupation and employer of all persons contacted by any investigators in their investigation of this incident.

ANSWER:

10.     State the name, address, employer and telephone numbers of any and all persons known to you or to anyone acting on your behalf, who heard or saw or claims to have heard or seen any of the events or happenings that occurred immediately before, at the time of, or immediately after this incident.

ANSWER:

11.     Have you, your agents, investigators, attorneys or anyone acting on your behalf, obtained any kind of written, recorded, or other type of statement from the Plaintiff or any persons described in your previous Interrogatory answers? If so, please identify each statement by date, identity of person giving statement and name of current custodian of each statement.

ANSWER:

12.     Based on your knowledge at this time, describe in detail how the alleged incident happened, including all actions taken by the Defendant to prevent the incident.

ANSWER:

13.    State the frequency and dates of inspections of the area where this incident occurred for the 30-day period prior to the incident and the 24-hour period after this incident, which is the subject matter of this litigation. State the name, address and job title of the person who made the last inspection prior to the incident.

ANSWER:

14.    Did any person inspect the area where the Plaintiff was allegedly injured within 24 hours prior to the alleged incident. If so, please state the name and address of each person performing said inspection, the times or frequencies of said inspection(s), and whether or not said inspection(s) revealed any defect or condition to be present.

ANSWER:

15.    Did any person inspect the area where the Plaintiff was allegedly injured within 24 hours after the alleged incident? If so, please state the name and address of each person inspecting said area, the time and date of each inspection, and the employment capacity of each person, if any.

ANSWER:

16.    State whether you have within your possession or control video, photographs, diagrams of the incident scene or objects connected with said incident. Describe any and all such items.

ANSWER:

17.    Please state whether or not you have experienced any other similar incidents on the premises involved in this action within one year prior to the date of incident.

ANSWER:

18.    If your answer to questions 17 is yes, please list the name, address and occupation and telephone number for each and every individual involved in said incidents and describe the status of the individual (i.e., person falling, eye witnesses, etc.)

ANSWER:

19.     Please state the name, address and telephone number for those individuals responsible for maintaining the premises involved in this action on the date of the incident in question.

ANSWER:

20.     Give concise statement of the facts as to how you contend the incident described in the Complaint took place.

ANSWER:

21.     If you contend that Plaintiff acted in such a manner as to cause or contribute to the incident, give a concise statement of the facts upon which you rely.

ANSWER:

22.     Does the Defendant or its attorneys intend to call any non-medical expert witnesses at the trial of this case? If so, please state the name and address of each witness, their qualifications as an expert, the subject matter upon which they are expected to testify, and the substance of the facts and opinions to which each expert is expected to testify and a summary of the grounds for each opinion.

ANSWER:

23.     State whether there is liability insurance covering the Defendant(s) for this incident. If yes, identify the insurance carrier, policy number and applicable limits of liability.

ANSWER:

24.     State the name of the hotel manager for the Texas Roadhouse located 3830 SW Archer Road, Gainesville, Alachua County, Florida 32608.

ANSWER:

## SIGNATURE PAGE

STATE OF FLORIDA

COUNTY OF _____

Before me the undersigned officer, authorized to administer oaths and take acknowledgments, personally appeared , who after being duly sworn, deposes and says: That the answers to the above and foregoing Interrogatories are true and correct to the best of knowledge and belief.

_____
Signature of Representative of Defendant

SWORN TO AND SUBSCRIBED before me ____ of _____, 2019.

Notary Public (signature)

Notary Public (type, print stamp commission) My Commission Expires:

◻ Personally Known OR
◻ Produced Identification
◻ Type of Identification Produced: _____