IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LONNIE HUGHES,**

    **Plaintiff,**

v.                                           Case No. 1:20-cv-151-AW-GRJ

**TEXAS ROADHOUSE HOLDINGS, LLC,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of voluntary dismissal with prejudice. ECF No. 15. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on March 12, 2021.

                                                       s/ *Allen Winsor*
                                                       United States District Judge